```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07789
   NANCY REDMOND
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5593


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/03/2006 and was confirmed 10/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED VEHIC   22000.00        1799.69       3085.74
ARONSON FURNITURE          NOTICE ONLY     NOT FILED         .00            .00
CAPITAL ONE                UNSECURED        1328.82          .00            .00
CBT ASPIRE                 UNSECURED       NOT FILED         .00            .00
CHICAGO CENTRAL EP         UNSECURED         187.00          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         100.00          .00            .00
EMERGENCY MEDICAL SPECIA   UNSECURED       NOT FILED         .00            .00
FIRST NATIONAL BANK OF M   UNSECURED        1526.44          .00            .00
GINNYS                     UNSECURED         336.84          .00            .00
MICHAEL REESE HOSPITAL     UNSECURED       NOT FILED         .00            .00
MIDNIGHT VELVET            UNSECURED         293.73          .00            .00
PATHOLOGY CONSULTANTS      UNSECURED       NOT FILED         .00            .00
RADIOLOGICAL PHYSICIANS    UNSECURED       NOT FILED         .00            .00
ROOSEVELT UNIVERSITY       NOTICE ONLY     NOT FILED         .00            .00
SBC AMERITECH              UNSECURED       NOT FILED         .00            .00
SEVENTH AVENUE             UNSECURED         130.48          .00            .00
ILLINOIS ATTORNEY GENERA   NOTICE ONLY     NOT FILED         .00            .00
THE SWISS COLONY           UNSECURED         121.14          .00            .00
TRINSIC                    UNSECURED       NOT FILED         .00            .00
US DEPT OF EDUCATION FIS   UNSECURED        4524.80          .00            .00
VILLAGE OF RIVERDALE       UNSECURED         250.00          .00            .00
NUVELL CREDIT CO LLC       UNSECURED         414.91          .00            .00
AMERILOAN                  UNSECURED       NOT FILED         .00            .00
INTERIM CASH LOAN          UNSECURED       NOT FILED         .00            .00
PAYCHECK TODAY             UNSECURED       NOT FILED         .00            .00
ASPIRE                     UNSECURED         781.14          .00            .00
COMMONWEALTH EDISON        UNSECURED         478.52          .00            .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      3,000.00                       361.00
TOM VAUGHN                 TRUSTEE                                         321.57
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 07789 NANCY REDMOND
```

```
-------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 5,568.00

PRIORITY                                            .00
SECURED                                        3,085.74
    INTEREST                                   1,799.69
UNSECURED                                           .00
ADMINISTRATIVE                                   361.00
TRUSTEE COMPENSATION                             321.57
DEBTOR REFUND                                       .00
                        ---------------  ---------------
TOTALS                  5,568.00               5,568.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 04/23/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                           PAGE   2
        CASE NO. 06 B 07789 NANCY REDMOND